Nos. 802 and 803.  DeBardeleben Coal Corp. *v.* Ott, Commissioner of Public Finance.  C. C. A. 5th.  Cer-

tiorari denied. *Arthur A. Moreno* for petitioner. *Henry B. Curtis* for respondent.